**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.R. VERDUGO,<br><br>        Plaintiff,<br><br>  v.<br><br>SERGEANT ERIK MANKER, et al.,<br><br>        Defendants. | NO. EDCV 06-00989-VBF (MAN)<br><br>ORDER ADOPTING FINDINGS,<br><br>CONCLUSIONS, AND RECOMMENDATIONS<br><br>OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all of the records herein, the Report and Recommendation of United States Magistrate Judge, and Plaintiff's "Motion in Opposition" to the Report and Recommendation. The Court has conducted a *de novo* review of those matters to which objections have been stated in writing. Having completed its review, the Court accepts and adopts the Magistrate Judge's Report and Recommendation and the findings of fact, conclusions of law, and recommendations therein.

    IT IS ORDERED that: (1) the Third Amended Complaint is dismissed without leave to amend; and (2) Judgment shall be entered dismissing this action with prejudice.

    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on all parties of record.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 7-6-09.

*/s/ Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE