UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.R. VERDUGO,<br><br>           Plaintiff,<br><br>  v.<br><br>SERGEANT ERIK MANKER, et al.,<br><br>           Defendants. | NO. EDCV 06-00989-VBF (MAN)<br><br>JUDGMENT |

    Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:   7-6-09.

                                                       /s/ Valerie Baker Fairbank<br>                                                    VALERIE BAKER FAIRBANK<br>                                                    UNITED STATES DISTRICT JUDGE